IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>RONALD M JAWORSKY<br>LISA JAWORSKY<br>    Debtors,<br><br>TOYOTA LEASE TRUST,<br>    Movant,<br><br>        v.<br><br>RONALD M JAWORSKY, and<br>LISA JAWORSKY, and<br>KENNETH E. WEST, Trustee,<br>    Respondents. | Bankruptcy No. 25-12485-djb<br><br>Chapter 13 |

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

AND NOW, comes Movant, Toyota Lease Trust (the "Movant"), by and through its undersigned counsel, Bernstein-Burkley, P.C., and files this Motion for Relief from the Automatic Stay (the "Motion"), representing as follows:

### THE PARTIES

1. Respondents, Ronald M Jaworsky and Lisa Jaworsky (the "Debtors"), are adult individuals with a place of residence located at 702 Brookside Avenue, Swarthmore, PA 19081.

2. Kenneth E. West is the duly appointed Chapter 13 Trustee and is currently acting in such capacity.

### JURISDICTION AND VENUE

3. This matter is a core proceeding and this Court has jurisdiction pursuant to 28 U.S.C. § 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. Movant seeks relief pursuant to 11 U.S.C. § 362(d) and FRBP 4001 and 9014.

### FACTUAL BACKGROUND

4. On or about June 20, 2025 (the "Petition Date"), Debtors filed a voluntary petition for relief pursuant to Chapter 13 of the Bankruptcy Code.

5. On or about August 11, 2023, Debtor, Lisa Jaworsky leased a 2023 Toyota RAV4, VIN: 2T3P1RFV9PC374925 (the "Vehicle"), pursuant to a Motor Vehicle Lease Agreement (the "Lease") with the Movant, a true and correct copy of which is attached hereto as **Exhibit A**.

6. Movant has a secured interest in the Vehicle, as evidenced by the Certificate of Title attached hereto as **Exhibit B**.

7. The Lease requires monthly payments of $552.98, which amounts are due on or before the 11th of each month.

8. The Debtor has failed to make monthly payments to Movant from July 22, 2025 – October 22, 2025. The Debtor is $2,189.90 in arrears.

9. The total residual payoff of the Lease as of October 13, 2025, was $28,292.07.

10. The J.D. Power value for the 2023 Toyota RAV4, VIN: 2T3P1RFV9PC374925 is $27,175.00, the J.D. Power report is attached hereto as **Exhibit C**.

11. Movant is entitled to relief from the automatic stay for cause due to the Debtor has failed to make post-petition payments to Movant. 11 U.S.C. §362(d)(1).

WHEREFORE, Movant, Toyota Lease Trust respectfully requests that this Honorable Court enter an Order, pursuant to 11 U.S.C. § 362(d), granting Movant relief from stay with respect to the 2023 Toyota RAV4, VIN: 2T3P1RFV9PC374925.

Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.

By: /s/ Keri P. Ebeck
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
Phone (412) 456-8112
Fax: (412) 456-8135

Dated: October 30, 2025

*Counsel for Toyota Lease Trust*