*Form 245* (3/23)–doc 35 – 32

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    Ronald M Jaworsky | ) | Case No. 25–12485–djb |
| | ) | |
| | ) | |
|    Lisa Jaworsky | ) | Chapter: 13 |
| | ) | |
|    Debtor(s). | ) | |

## Notice to Take Action

Re: Doc.# [32] Notice of Motion

The above pleading was filed in this office. Please be advised that the document(s) has (have) not been filed as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court:

- ☐ Affidavit
- ☐ Certificate of Service
- ☐ Certification of no response
- ☐ Notice pursuant to Rule 9019
- ☐ Notice pursuant to Rule 2002
- ☐ Notice pursuant to Rule 3007.1
- ☐ Proof of Claim number not noted on objection pursuant to Rule 3007.1(a)
- ☐ Proposed Order
- ☐ Stipulation
- ☐ Certification of Default
- ☑ Other Please amend notice/hearing to Dec. 4, 2025 at 11:00am in courtroom 2–to properly list with other Judge Baker Ch13 cases

In order for this matter to proceed to disposition, please submit the above noted item(s) to this office on or before . Otherwise, the matter will be referred to the Court.

Date: October 31, 2025                                                        For The Court

                                                                                              Mohung Wong
                                                                                              Clerk of Court