IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Bankruptcy No. 25-12485-djb |
|---|---|
| RONALD M JAWORSKY<br>LISA JAWORSKY<br>      Debtors,<br><br>TOYOTA LEASE TRUST,<br>      Movant,<br><br>                v.<br><br>RONALD M JAWORSKY, and<br>LISA JAWORSKY, and<br>KENNETH E. WEST, Trustee,<br>      Respondents. | Chapter 13 |

AMENDED NOTICE OF HEARING WITH RESPONSE DEADLINE ON THE MOTION OF
TOYOTA LEASE TRUST FOR RELIEF FROM THE AUTOMATIC STAY

Toyota Lease Trust has filed a Motion for Relief from the Automatic Stay with the Court to lift the automatic stay regarding the 2023 Toyota RAV4, VIN: 2T3P1RFV9PC374925.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

        1.  If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before  *__November 13, 2025,__* you or your attorney must do **all** of the following:

        (a)  file an answer explaining your position at:

                Clerk, United States Bankruptcy Court
                Eastern District of Pennsylvania
                Robert N.C. Nix, Sr. Federal Courthouse
                900 Market Street, Suite 400
                Philadelphia, PA 19107

        If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b)  mail a copy to the movant's attorneys:

Keri P. Ebeck, Esquire
Bernstein-Burkley, P.C.
601 Grant Street, 9th Floor
Pittsburgh, PA  15219

2.  If you or your attorney do not take these steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3.  A hearing on the motion is scheduled to be held before the Honorable Derek J. Baker on  *December 4, 2025, at 11:00 a.m.*, Courtroom# 2 United States Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Suite 202, Philadelphia, PA 19107.

4.  If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.  You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.

By: /s/ Keri P. Ebeck
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
Phone (412) 456-8112
Fax: (412) 456-8135

Dated:  November 3, 2025

*Counsel for Toyota Lease Trust*