UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                   Chapter 13

    RONALD M JAWORSKY
    LISA JAWORSKY                    Bankruptcy No. 25-12485-DJB

                 Debtors

TRUSTEE'S MOTION TO DISMISS PURSUANT TO 11 U.S.C. SECTION 1307

To the Honorable Judges of the United States Bankruptcy Court for the Eastern District of
Pennsylvania:

1.        Your Movant is Kenneth E. West, Esq. the duly qualified and acting Chapter 13 Trustee in
the above-captioned case.

2.        The within case was commenced by the filing of a Chapter 13 petition on 06/20/2025.

3.        This Motion to Dismiss has been filed for the following reason(s):

- Debtor(s) has/have failed to appear at the meeting of creditors required by 11 U.S.C. Section 341(a).

     WHEREFORE, Kenneth E. West, Esq., Standing Chapter 13 Trustee,  requests that the
Court, after a hearing, enter an Order dismissing this case.

Date: 01/13/2026                        Respectfully submitted,

                                     */s/ Kenneth E. West, Esq.*
                                     Kenneth E. West, Esq.
                                     Standing Chapter 13 Trusteee
                                     190 N. Independence Mall West
                                     Suite 701
                                     Philadelphia, PA  19106
                                     Telephone: (215) 627-1377