IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>RONALD M JAWORSKY<br>LISA JAWORSKY<br>    Debtors,<br><br>TOYOTA LEASE TRUST,<br>    Movant,<br><br>        v.<br><br>RONALD M JAWORSKY, and<br>LISA JAWORSKY, and<br>KENNETH E. WEST, Trustee,<br>    Respondents. | Bankruptcy No. 25-12485-djb<br><br>Chapter 13 |

STIPULATION RESOLVING MOTION FOR RELIEF FROM THE AUTOMATIC STAY

    AND NOW, comes Movant, Toyota Lease Trust (the "Movant"), by and through its undersigned counsel, Bernstein-Burkley, P.C., and, Debtors, Ronald M Jaworsky and Lisa Jaworsky, (the "Debtors"), by and through their undersigned counsel, Brad J. Sadek, Esquire, and together file this *Stipulation Resolving Motion for Relief from the Automatic Stay* (the "Stipulation"), stating as follows:

    1.    The automatic stay as provided by Section 362 of the Bankruptcy Code shall remain in full force and effect conditioned upon the terms and conditions set forth herein.

    2.    Movant has a secured interest in the 2023 Toyota RAV4, VIN: 2T3P1RFV9PC374925.

    3.    As of the date of this Stipulation, the Debtor is in default of their post-petition payment obligations to Movant in the amount of $3,295.86.

    4.    Debtors will cure the remaining post-petition arrears:

        a.  by adding $549.31 to each monthly payment to Movant until the post-petition arrears are cured.

  b. After the post-petition arrears are cured, Debtors shall, timely, make all future regular monthly payments to Movant pursuant to the terms of the Contract.

  c. The first payment due under this Stipulation will be the payment that comes due on January 22, 2026. The payments and due dates will be as follows:

| Date | Amount |
|---|---|
| February 22, 2026 | $1,102.29 |
| March 22, 2026 | $1,102.29 |
| April 22, 2026 | $1,102.29 |
| May 22, 2026 | $1,102.29 |
| June 22, 2026 | $1,102.29 |
| July 22, 2026 | $1,102.29 |

5. Debtors shall direct the payments to:

> Toyota Motor Credit Corporation
> P.O. Box 4700
> Phoenix, Arizona 85030

Payments must be received by Movant at the above-referenced address on or before the 22nd day of each month. Debtors will be in default under the Stipulation in the event that the Debtor fails to comply with the payment terms and conditions in Paragraph 4, *supra*. If the Debtors default under this Stipulation, Movant may send Debtors and Debtors' counsel a Notice of Default. Debtors will have thirty (30) days from the date of the Notice of Default to cure the default. If default is not cured after thirty days, a Certification of Default will be immediately filed with the Court by the Movant.

6. In the event the instant bankruptcy case is converted to a case under Chapter 7 of the Bankruptcy Code, the Debtors shall cure the pre-petition and post-petition arrears within thirty (30) days from the date of such conversion. Should the Debtors fail to cure said arrears within the thirty-day period, such failure shall be deemed a default under the terms of this Stipulation and Movant may send Debtors and counsel a written notice of default. If the default

is not cured within thirty (30) days from the date of the notice, counsel for Movant may file a Certification of Default with the Court and the Court shall enter an Order granting relief from the automatic stay as to the Vehicle.

7. This Stipulation may only be modified by a revised Stipulation filed on the docket in the Bankruptcy. No oral modifications are permitted and any allegation that the Stipulation was modified orally will be disregarded as evidence. No written modifications are permitted, except for a revised Stipulation filed on the docket in the Bankruptcy.

Agreed to by:

| | |
|---|---|
| By: /s/ *Keri P. Ebeck* <br> Keri P. Ebeck, Esq. <br> PA I.D. # 91298 <br> kebeck@bernsteinlaw.com <br> 601 Grant Street, 9th Floor <br> Pittsburgh, PA 15219 <br> 412-456-8112 <br><br> *Counsel for Toyota Lease Trust* | By: /s/ Brad J. Sadek <br> Brad J. Sadek, Esq. <br> PA I.D. # <br> brad@sadeklaw.com <br> Sadek Law Offices, LLC <br> 1500 JFK Boulevard <br> Ste 220 <br> Philadelphia, PA 19102 <br> 215-545-0008 <br><br> *Counsel for the Debtors* |

No Objection

By: /s/ LeeAne O. Huggins
Kenneth E. West,
Standing Chapter 13 Trustee


Dated: January 21, 2026