IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No.: 25-12485 |
| **Ronald M Jaworsky** | : | Chapter 13 |
| **Lisa Jaworsky** | : | Judge Derek J. Baker |
| | : | * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | | |
| | : | |
| **Planet Home Lending, LLC** | : | Date and Time of Hearing |
| Movant, | : | Place of Hearing |
| vs | : | February 26, 2026 at 11:00 a.m. |
| | : | |
| **Ronald M Jaworsky** | : | U.S. Bankruptcy Court |
| **Lisa Jaworsky** | : | 900 Market Street, Courtroom #2 |
| **Kenneth E. West** | : | Philadelphia, PA, 19107 |
| Respondents. | : | |

### MOTION OF PLANET HOME LENDING, LLC FOR RELIEF FROM THE AUTOMATIC STAY ON FIRST MORTGAGE FOR REAL PROPERTY LOCATED AT 702 BROOKSIDE AVE, SWARTHMORE, PA 19081 WITH 30-DAY WAIVER

Planet Home Lending, LLC ("Creditor"), by and through the undersigned counsel, moves the Court pursuant to 11 U.S.C. § 362(d) for an Order granting relief from the automatic stay on the real property located at 702 Brookside Ave, Swarthmore, PA 19081 ("Property"). In support of its motion, Creditor states the following:

1. Ronald M Jaworsky and Lisa Jaworsky (collectively, "Debtor") filed a petition for relief under Chapter 13 of the Bankruptcy Code on June 20, 2025 (the "Petition Date").

2. On December 22, 2017, Debtor executed an Adjustable Rate Note in the original amount of $264,920.00 (the "Note"). A copy of the Note is attached hereto as Exhibit A.

3. To secure the Note, a Mortgage was given December 22, 2017 and recorded January 11, 2018. A copy of the Mortgage and subsequent Assignments of Mortgage are attached as Exhibit B, evidencing perfection of Creditor's security interest in the Property which is more particularly described in the Mortgage.

25-021275_SJW

4. There are no other liens against the property as listed in Debtor's Schedule D.

5. As of January 16, 2026 the total outstanding amount due on the Note is $358,595.99 which consists of:

| | |
|---|---|
| Principal | $250,204.13 |
| Interest | $52,690.58 |
| Escrow advance | $45,158.82 |
| Late charges | $1,540.91 |
| Other Fees | $84.25 |
| Recoverable Balance | $9,767.80 |
| Contractual Suspense funds | $(850.50) |

6. Creditor seeks relief from the automatic stay pursuant to 11 USC § 362(d) to proceed under applicable non-bankruptcy law to enforce its remedies and to take any and all actions necessary to accelerate the balance due on the Note, to foreclose the Mortgage in accordance with state law, to apply the net proceeds to the obligation, and to otherwise exercise its contractual and state law rights as to the Property.

7. Creditor is entitled to relief from the automatic stay for the following reason(s):

   a. Creditor is not adequately protected per 11 USC § 362(d)(1) based upon Debtor's post-petition default.

   b. Debtor is in default post-petition. Debtor has failed to make full post-petition payments for the past 7 months as of January 16, 2026 and is in default in the amount of $16,007.04. This amount is broken down as follows:

| **Post Petition Payments Delinquent to Creditor** | | |
|---|---|---|
| **Date Range** | **Amount** | **Total** |
| July 2025 to January 2026 | $2,286.72 | $16,007.04 |
| | Total: $16,007.04 | |

   c. Debtor has no equity in the Collateral, and the Debtor does not need the Property for an effective reorganization pursuant to 11 USC § 362(d)(2). Debtor's outstanding balance exceeds the value of the Property. Based upon the lack of equity in the Property, Creditor asserts that the Property is burdensome and/or of inconsequential value and benefit to the estate.

25-021275_SJW

8. Creditor requests that the Court order that Rule 4001(a)(4) is not applicable.

9. Creditor further requests that further compliance with Fed.R.Bankr.P. 3002.1 be waived as to creditor in the instant bankruptcy case upon entry of an Order granting relief from the automatic stay.

WHEREFORE, Creditor prays for the entry of an Order Granting Relief from the Automatic Stay.

Respectfully submitted,

/s/ Adam B. Hall

Adam B. Hall, Esquire (323867)
MDK Legal
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Adam B. Hall.
Contact email is ABHall@mdklegal.com

25-021275_SJW

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 25-12485** |
| **Ronald M Jaworsky** | : | **Chapter 13** |
| **Lisa Jaworsky** | : | **Judge Derek J. Baker** |
| | : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| **Debtor(s)** | : | |
| | : | |
| **Planet Home Lending, LLC** | : | **Date and Time of Hearing** |
| Movant, | : | **Place of Hearing** |
| vs | : | **February 26, 2026 at 11:00 a.m.** |
| | : | |
| **Ronald M Jaworsky** | : | **U.S. Bankruptcy Court** |
| **Lisa Jaworsky** | : | **900 Market Street, Courtroom #2** |
| **Kenneth E. West** | : | **Philadelphia, PA, 19107** |
| Respondents. | : | |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Motion of Planet Home Lending, LLC for Relief from the Automatic Stay with 30-day waiver on First Mortgage for Real Property located at 702 Brookside Ave, Swarthmore, PA 19081 was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

   Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

   Kenneth E. West, Chapter 13 Trustee, ecfemails@ph13trustee.com

   BRAD J. SADEK, Attorney for Ronald M Jaworsky and Lisa Jaworsky, brad@sadeklaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

   Ronald M Jaworsky and Lisa Jaworsky, 702 Brookside Avenue, Swarthmore, PA  19081

/s/ Adam B. Hall

25-021275_SJW