IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>RONALD M JAWORSKY<br>LISA JAWORSKY<br>    Debtors,<br><br><br>TOYOTA MOTOR CREDIT CORPRATION<br>    Movant,<br><br>        v.<br><br>RONALD M JAWORSKY, and<br>LISA JAWORSKY, and<br>KENNETH E. WEST, Trustee,<br>    Respondents. | Bankruptcy No. 25-12485-djb<br><br>Chapter 13 |

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

AND NOW, comes Movant, Toyota Motor Credit Corporation (the "Movant"), by and through its undersigned counsel, Bernstein-Burkley, P.C., and files this Motion for Relief from the Automatic Stay (the "Motion"), representing as follows:

### THE PARTIES

1. Respondent, Ronald M Jaworsky and Lisa Jaworsky (the "Debtors") is an adult individual with a place of residence located at 702 Brookside Avenue, Swarthmore, PA 19081.

2. Kenneth E. West is the duly appointed Chapter 13 Trustee and is currently acting in such capacity.

### JURISDICTION AND VENUE

3. This matter is a core proceeding and this Court has jurisdiction pursuant to 28 U.S.C. § 1334.  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.  Movant seeks relief pursuant to 11 U.S.C. § 362(d) and FRBP 4001 and 9014.

### FACTUAL BACKGROUND

4. On or about June 20, 2025, the Debtors filed a voluntary petition for relief pursuant to Chapter 13 of the Bankruptcy Code.

5. On or about April 28, 2025, the Debtors purchased a 2021 Toyota Tacoma, VIN: 3TYCZ5AN4MT041944 (the "Vehicle"), pursuant to a Retail Installment Contract (the "Contract") with the Movant, a true and correct copy of which is attached hereto as **Exhibit A**.

6. Movant has a secured interest in the Vehicle, as evidenced by the Certificate of Title attached hereto as **Exhibit B**.

7. The Contract requires monthly payments of $973.52, which amounts are due on or before the 28th of each month.

8. As of the date of this Motion, the Debtors is in default of their post-petition payment obligations to Movant in the amount of $7,788.13. The Debtors is currently due for the June 28, 2025 – January 28, 2026, post-petition payments.

9. The Debtors Chapter 13 Plan states that payments to Movant will be made outside the Plan.

10. The Total Debt due on the Contract as of January 15, 2026, was $47,053.80.

11. The J.D. Power value for the 2021 Toyota Tacoma, VIN: 3TYCZ5AN4MT041944 is $29,825.00. A true and correct copy of a printout showing that value is attached hereto as **Exhibit C**

12. Movant is entitled to relief from the automatic stay for cause because the Debtors has failed to make timely post-petition payments to Movant. 11 U.S.C. §362(d)(1).

WHEREFORE, Movant, Toyota Motor Credit Corporation, respectfully requests that this Honorable Court enter an Order, pursuant to 11 U.S.C. § 362(d), granting Movant relief from stay with respect to the 2021 Toyota Tacoma, VIN: 3TYCZ5AN4MT041944.

    Respectfully submitted,

    BERNSTEIN-BURKLEY, P.C.

    By: /s/ Keri P. Ebeck
    Keri P. Ebeck, Esq.
    PA I.D. # 91298
    kebeck@bernsteinlaw.com
    601 Grant Street, 9th Floor
    Pittsburgh, PA 15219
    Phone (412) 456-8112
    Fax: (412) 456-8135

Dated: February 5, 2026    *Counsel for Toyota Motor Credit Corporation*